# UNITED STATES DISTRICT COURT
## Southern District of Florida

FILED BY ___ D.C.

MAR 1 5 2017

Case Number: ("To be supplied By clerK")

Walter J Ertle JR
(Enter the full name of the plaintiff in this action)

v.

Palm Beach County Sheriff Department
D/S DeVard ID# 7056
D/S B. Rightler ID# 6389

(Above, enter the full name of the defendant(s) in this action)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

**I. Parties**

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: Walter J. Ertle JR

Inmate #: 0268103

Address: Palm Beach County JAiL MAin Detention Center / 17170 Mellon LA
PO Box 24716 WPB FL 33416 / Jupiter FL 33478

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: (1) PBSO D/S DeVARD ID/Badge# 7056

is employed as Deputy Sheriff Palm Beach County Sheriff Department

at 3228 Gun Club Rd WPB FL 33406

C. Additional Defendants: (2) PBSO D/S Richtler ID/Badge# 6389

Deputy sheriff Palm Beach County Sheriff Department

(3) Palm Beach County Sheriff Department

3228 Gun Club RD WPB FL 33406

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

On 1/2/2017 Palm Beach County D/S Devard ID# 7056 & D/S B. Richtler ID#6389 responded to a misdemeanor violation of No Contact order at 16333 126th terr N Jupiter Fl 33478 my residence of record. Depoties were given permission to enter residence, both Deputies confronted me and I was advised to stop moving and that I was under arrest. I complied with Depoties commands stopped and then was aggressively grabbed, thrown face down on a couch and rear cuffed. The Police report will show at no time did I resist with or with out violence. The excessive forced used in arrest caused injury to my right shoulder, casing extreme acute pain & little or no use of my right shoulder or arm. I am receiving basic limited treatment for

injury while incarcerated. Outside Medical exam and MRI of Shoulder & arm will show significant injury requiring surgery. D/S Devard ID# 7056 was lead aggressor and violated my civil rights by cruel & unusual punishment and injury during arrest. Was refused any medical attention until I was booked and told to see sick call!!!

## III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

(1) Provide & or make Defendant and Defendants financially responsible for all medical costs for treatment, surgery and therapy. As well as any additional costs that might arise from original injury

(2) Award myself Plaintiff fair and reasonable award for pain & suffering, and any punitive damages. Unable to exercise while incarcerated. Above average health 59 yr. old white male

(3) Award myself Plaintiff any or all monetary amounts if my injury causes me to miss gainful employment based on my previous earnings capacity

## IV. Jury Demand

Do you demand a jury trial? ☒ Yes ☐ No

(4) Have Court appoint counsel to represent me during proceedings and litigation. Have Defendant bear all responsibilities to those legal expenses and costs.

Signed this 19 day of February, 2017

Walter J. Ettl Jr.
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: 2/19/17

Walter J. Ettl Jr.
(Signature of Plaintiff)

4734
Sgt. B Nadolna 4734
2/19/17

Bronislaw Nadolna
Expires 11/12/2017
NOTARY PUBLIC
Commission # FF069986
STATE OF FLORIDA

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: ("To be supplied by Clerk")

Walter J Ertle JR
(Enter the full name of the plaintiff in this action)

v.

Palm Beach County Sheriff Department
D/S DeVard ID# 7056
D/S B. Righter ID# 6389

(Above, enter the full name of the defendant(s) in this action)

**A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

injury while incarcerated. Outside Medical exam and MRI of Shoulder & arm will show significant injury requiring surgery. D/S Devard ID# 7056 was lead aggressor and violated my civil rights by cruel & unusual punishment. and injury during arrest. Was refused any medical attention until I was booked and told to see sick call!!!

## III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

① Provide & or make Defendant and Defendants financially responsible for all medical costs for treatment, surgery and therapy. As well as any additional costs that might arise from original injury

② Award myself, Plaintiff, fair and reasonable award for pain & suffering, and any punitive damages

③ Award myself Plaintiff any or all monetary amounts if my injury causes me to miss gainful employment based on my previous earnings capacity

## IV. Jury Demand

Do you demand a jury trial? [X] Yes [ ] No

④ Have Court appoint counsel to represent me during proceedings and litigation. Have Defendant bear all responsibilities to those legal expenses and costs.

Signed this ______________ day of February, 2017

Walter J. Ettle Jr.

(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: 2/ /17

______________________________

(Signature of Plaintiff)

4734

Sgt. B. Nadolna

Bronislaw Nadolna
Expires
11/12/2017
NOTARY PUBLIC
Commission #
FF069986
STATE OF FLORIDA

2/14/17

Main Detention Center
7OD #0268103
Walter J. Ertle JR
PO Box 24716
WPB FL 33416

Attention
This Letter Originates From The Palm Be[ach]
County Jail Inmate Mail Is Uncensored
The Sheriff Cannot Assume Responsibility
For Its Contents

RECEIVED MAR 06 REC'D

UNITED States District Court
Southern District of FloriDA
Attention: Clerks Office
450 Australian Ave South
West Palm Beach FL 33401-5040